James Hunt Miller (SBCal # 135160)
P.O. Box 10891
OAKLAND CA 94610

Telephone: (510) 451-2132
Facsimile: (510) 451-0824
E-mail: jim_miller0@ yahoo.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE THOMAS GIPSON, | |
| Plaintiff, | CIV NO 06-05445 WDB |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| JOANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from March 19, 2007 (including days for service) to April 18, 2007, in which to file his Motion for Summary Judgment and/or Remand. This is Plaintiff's first request for an extension for this filing.

DATE: 03/17/06

/s/_____
James Hunt Miller
Attorney for Plaintiff

*stip plf's xtn - Gipson v. Comm'r SSA C-06-05445 WDB*

-1-

DATE: March 17, 2007

Kevin V. Ryan
United States Attorney

By: /s/[1]_____
Mary Parnow
Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: __3/16/2007_____

*/s/ Wayne D. Brazil*
_____
United States Magistrate Judge

---

[1] This is as communicated verbally and to be communicated by facsimile to the filer. The original (with hand signature) of this will be held by the signer.

*stip plf's xtn - Gipson v. Comm'r SSA C-06-05445 WDB*

-2-