UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE THOMAS GIPSON<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. C 06-5445  WDB<br><br>ORDER RE PARTIAL PAYMENT OF SANCTIONS BY COUNSEL JAMES HUNT MILLER. |

On March 13, 2008, the undersigned Ordered Plaintiff's counsel, Mr. James Hunt Miller, to pay a fine of $2000 by April 13, 2008, to the Clerk of Court — out of his own funds, and not those of his client. *See* Order Granting Motion for Reconsideration of Order Dismissing Case for Failure to Prosecute, March 13, 2008.  This fine was imposed on Mr. Miller to deter future violations of court orders by responding very tardily, without excuse, to clear court deadlines.

Mr. Miller did not pay the $2,000 fine by April 13, 2008.  On Friday, April 18, 2008, Mr. Miller called the undersigned's chambers to inform the Court that at this time he was able to pay only $1,000 of the $2,000 fine.  The Court advised Mr. Miller to pay $1,000 of the fine as soon as possible to the Clerk's Office, and to file a sworn declaration explaining in detail why he is unable to pay the remaining $1,000 at this time.  In his Declaration Mr. Miller must commit to a date certain by which he will pay the remaining $1,000.

///

1

1  Accordingly, Mr. Miller is now ORDERED to pay by no later than April 18, 2008,
2  $1,000 of the $2,000 fine Ordered by the Court on March 13, 2008, and to file by no later
3  than April 22, 2008, a Declaration with the information set forth above.

IT IS SO ORDERED.

Dated:   April 18, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge